UNITED STATES DISTRICT COURT OF EASTERN WISCONSIN

La June Kelly
2363 N. Weil Street
Milwaukee, WI 53212-3462

Case No. 17-C-1357

Plaintiff,

North American Central/Wisconsin Central
2000 W. Oklahoma
Milwaukee, WI 53207

Defendant.

---

Pursuant to Fed. R. Civ. P. Rule 8, with regards to EEOC Complaint filed August 02, 2017, Plaintiff is filling the following definitive Claims:

1. Wrongful termination; according to Federal Department of Transportation (DOT) regulations accidents while on employment duty.

2. Mr. Thomas Vanden Heuval, and/or Workplace Consulting, LLC, for assessing me against
Federal Dot Regulations – unwarranted urinalysis screens or substance abuse assessment.

3. Violation of Title VII of the Civil Right Act of 1964. The information was sent to the Department of Transportation of North American Central/Wisconsin Central and phone call made to the same department letting them know that I was hit twice (car & van). The Wisconsin Central refused to acknowledge the information sent to them.

4. Gender Discrimination Sex Violation of Title VII Sex Based Charges, FY 1997 – FY 2008 – U.S. Employment Opportunity.

February 16, 2017, (See Exhibit # 1) with regards to my accident and police report which begins my complaint. Please see and examine the photos.

1

## INTRODUCTION

I was returning from a previous trip when hit from the rear by a truck while stopped awaiting the red light to change to green with my left turn signal on. I reported immediately the accident to North American Central/Wisconsin Central and completed the necessary paper work while in pain with an excruciating headache. Additionally, completed the route after being asked and given a second bus.

## AFFRIMATIVE DEFENSES

1. Wrongful termination; according to Federal Department of Transportation (DOT) regulations accidents while on employment duty. Defendant demanded that a drug test be conducted on my behalf which went against North Central/Wisconsin Central Handbook Policy (see Exhibit # 2 page 18 Post Accident Testing). The only way testing would occur; I had to have been given a citation by the police. In the 27 years of work at the aforementioned, I never received a citation. I turned in my "urine" a reported above 4 to 5 minutes after I regrouped, but due to stress, problem properly getting my clothing together, a severe headache and body pain; I could not "urinate" a second time as requested.

   Although I succumbed the drug testing to prevent loss of employment, a termination was given to me because the urine sample that stressed me out which I gave after painfully was not considered warm enough and after several additional attempts, nothing prevailed. I had to leave due the fact, I co-parent 2 special needs grandsons and had no one to assist me in meeting their immediate needs.

   The above behaviors were put forth due safety issues posed by me to Brian Walton, Manager and Sandy Biez, Co-manager. This behavior was due in part to potential loss of contracts should I have left the job for the perception of badgering on their part and ne (1) contracts for Summerfest in question would followed me as a driver.

2. Mr. Thomas Vanden Heuval, and/or Workplace Consulting, LLC, for assessing me against Federal Dot Regulations – unwarranted urinalysis screens or substance abuse assessment. $500.00 dollars had to be paid to Mr. Thomas Vanden Heuval, and/or Workplace Consulting, LLC, for assessing me against Federal Dot Regulations and it was not administrative protocol. Please see (Exhibit # 3 – Substance Abuse Professional – Letter of Referral). Upon my completion, Mr. Thomas Vanden never gave me my letter indicating that I completed the program.

3. Violation of Title VII of the Civil Right Act of 1964. Both Brian Walton, Manager and Sandy Biez, Co-manager of North Central/Wisconsin Central are in violation of

Sec.2000e-5. [Section 706] because they engaged unlawful employment practice as set forth in section 2000e-2 or 2000e-3 of title [section 703 or 704].

4. Gender Discrimination Sex Violation of Title VII Sex Based Charges, FY 1997 – FY 2008 – U.S. Employment Opportunity. In this instance and due to facts cited above about the one (1) Summerfest contact with work for at least four (4) other drivers of which I would lose as company employee in the vetting process.

## CONCLUSION

Exhibits # 4 is proof of the Notice of Suit Rights from EEOC and Exhibit # 5 is ERD Complaint against North American Central/Wisconsin Central.

Plaintiff sues for $1,000,000.00 in damages, request a jury trial and that the case is decided with prejudice.

*Ja June Kelly*
**Name**

DATED this 3 day of ~~September~~ Oct, 2017.

*Alexis Meleski-Poquette*
**NOTARY PUBLIC**

[Notary Seal: ALEXIS MELESKI-POQUETTE, NOTARY PUBLIC, STATE OF WISCONSIN]

**My Commission Expire:** 8/16/2021

3

E.  JURY DEMAND
    I want a jury to hear my case.

        ☒ Yes          ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __3__ day of __Oct,__ 2017

    Respectfully Submitted,

    _LaJune Kelly_
    Signature of Plaintiff

    (414)-350-9127
        Plaintiff's Telephone Number
    lajunekelly@yahoo.com
    Plaintiff's Email Address

    2363 North Weil Street # 209

    Milwaukee, WI 53212
    (Mailing Address of Plaintiff)

    (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I Do request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I Do Not request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C.§ 1915, and I have included the full fee with this complaint.

Complaint – 5